IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARK HEWARD, *et al.*,         *

    *Plaintiffs*,               *

    v.                          *    Case No.: 1:23-cv-00195-ELH

BOARD OF EDUCATION OF          *
ANNE ARUNDEL COUNTY, *et al.*,
                                *
    *Defendants*.
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

**UPON CONSIDERATION** of Plaintiffs' *Consent* Motion for Extension of Time to File a Response to Defendants Board of Education of Anne Arundel County, Maryland, Patrick Bathras, Paige Chang, and Janine Robinson's ("Board Defendants") Motion to Dismiss or in the alternative Motion for Summary Judgment, it is this ___8th___ Day of February 2023,

**ORDERED**, that Plaintiffs' *Consent* Motion for Extension of Time to File a Response to Board Defendants' Motion to Dismiss or in the alternative Motion for Summary Judgment, is hereby **GRANTED**, and it is

**FURTHER ORDERED**, that Plaintiffs shall file their Response by March 6, 2023.
**SO ORDERED.**

_____
HONORABLE ELLEN L. HOLLANDER
UNITED STATES DISTRICT COURT JUDGE