**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MARK HEWARD, *et al.*,                          *

    *Plaintiffs,*                          *

      v.                          *          Case No.: 1:23-cv-00195-ELH

BOARD OF EDUCATION OF          *
ANNE ARUNDEL COUNTY, *et al.*,
                      *

    *Defendants.*
*   *   *   *   *   *   *   *   *   *   *   *   *

**ORDER**

**UPON CONSIDERATION** of Plaintiffs' Motion to File Documents Under Seal, it is this _7th_ Day of _March_ 2023,

**ORDERED**, that Plaintiffs' Motion to File Documents Under Seal, is hereby **GRANTED**, but subject to further order of the Court. **SO ORDERED.**

_Ellen L. Hollander_
JUDGE, UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND