IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARK HEWARD, et al.        :

   Plaintiffs,            :

v.                          :   Civil Action No. 1:23-cv-00195-ELH

BOARD OF EDUCATION OF       :
ANNE ARUNDEL COUNTY, et al.
                                :

   Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of School Board Defendants' Motion to for Extension of Time to File a Reply to Plaintiff's Response to School Board Defendants' Motion to Dismiss, or in the alternative, Motion for Summary Judgment, it is hereby this 13th day of March, 2023,

**ORDERED** that School Board Defendants' Motion for Extension of Time is **GRANTED**; and it is further

**ORDERED** that School Board Defendants Reply to Plaintiff's Opposition (ECF No. 21) shall be filed on or before April 3, 2023.

                                                  /s/ Ellen L. Hollander
                                                  Honorable Ellen L. Hollander
                                                  United States District Court Judge

{00396953.DOCX; 1}