# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
A. DAVID COPPERTHITE
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410)962-0946
MDD_ADCchambers@mdd.uscourts.gov

January 2, 2024

TO COUNSEL OF RECORD

Re: Mark Heward, et al. v. Board of Education of Anne Arundel County, et al.
Civil No. ELH-23-195

Dear Counsel:

In accordance with your request, I am rescheduling the virtual settlement conference to **Wednesday, May 15, 2024 at 10:00 a.m.** The ZoomGov link will be emailed to Counsel a few days before the conference. Counsel should expect a telephone call from me within a few days of the conference.

The same guidelines set forth in my letter of November 9, 2023 (ECF 48) apply to this conference, including the requirement that you exchange a demand and offer prior to the conference. The new date for the submission of your *ex parte* letters is **Wednesday, May 1, 2024.** Please email your letters to mdd_adcchambers@mdd.uscourts.gov. A paper copy of all attachments exceeding 15 pages should be mailed to Chambers.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

A. David Copperthite
United States Magistrate Judge